# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

BERNARD KILPATRICK,

       Defendant,

and

WOODFOREST NATIONAL BANK,

       Garnishee.
                                          /

Case No.: 2:25-mc-51143
Hon. Nancy G. Edmunds

## **APPLICATION FOR WRIT OF GARNISHMENT**

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) and 18 U.S.C. § 3613(a) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the Defendant, Bernard Kilpatrick, Social Security No. ***-**-9032, whose last known address is: REDACTED, Fayetteville, GA 30214-7144, in Case No.: 10CR20403 03 in the amount of $62,312.24. The sum of $26,471.42 has been credited to the judgment debt, leaving a total balance due of $35,840.82 (without the accrual of interest post-judgment interest) as of September 10, 2025. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 10, 2025, and debtor has failed to satisfy the debt.

The Garnishee, its affiliates, successors, or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>  Woodforest National Bank
>  Attn: Legal Department
>  25231 Grogans Mill Rd
>  Suite #4170
>  Woodlands, TX 77380

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the debtor by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

|  |  |
|---|---|
|  | <u>/S/ Jessica A. Nathan</u><br>JESSICA A. NATHAN<br>Assistant U.S. Attorney<br>211 W. Fort St., Ste. 2001<br>Detroit, Michigan 48226<br>Phone: (313) 226-9643<br>E-mail: Jessica.Nathan@usdoj.gov |
| Date: September 10, 2025 | Bar No.: (TX 24090291) |