UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v

BERNARD KILPATRICK,

       Defendant,

and

WOODFOREST NATIONAL BANK,

       Garnishee.
_____/

Case No.: 2:25-mc-51143
Hon. Nancy G. Edmunds

**FILED**
OCT 08 2025
CLERK'S OFFICE
DETROIT

## ANSWER OF THE GARNISHEE

I, __Veronica Ramos__, the __Legal Clerk__ of Garnishee,
   (name)             (title)

WOODFOREST NATIONAL BANK, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[   ] An individual doing business in the name of _____,

[   ] A partnership, [   ] LP, [   ] LLP, or LLC,

[ X ] A corporation, organized under the laws of the State of __Texas__,

[   ] An executor or personal representative of an estate in the County of _____, State of _____,

[   ] Other: _____.

On __9/22/2025__, Garnishee was served with a Garnishment Writ.
     (date)

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**

**Account 1**
Type: Checking
No. 1703346237
Title owner(s): Bernard N Kilpatrick
Amount: $ 2,453.78

**Account 2**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

**Account 3**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

**Account 4**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

**2. Safety Deposit Box:**

Box No.: N/A
Last accessed: N/A
Owner(s) other than Judgment Debtor: N/A

**3. Real Property located at:**
N/A

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
N/A

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [   ] Yes or [X] No

If the answer is yes, describe below (include case number, state, county):
N/A

**DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

**6. Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [____] Yes or [ X ] No

If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | N/A | N/A | N/A |
| 2. |   |   |   |
| 3. |   |   |   |
| 4. |   |   |   |

Other details: __N/A_____

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

    Check and complete the applicable line below:

        [____] Garnishee has the following objection(s), defense(s), or set-off(s):

        [____] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) BERNARD KILPATRICK, at: 165 Hidden Brook Trl Fayetteville, GA 30215

(2) [ ___ ] by electronic filing or [ X ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [ ___ ] by electric filing or [ X ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this __1st__ day of __October__, 20 _25_.

_____		Veronica Ramos
(Signature)					(Print Name)

Title  Legal Clerk

Address  25231 Grogans Mill Rd., Suite 4170

City, State, Zip  The Woodlands, TX 77380

Telephone and Fax Number  PH: 832-375-2898; Fax: 832-375-3071

Email  vramos@woodforest.com

## Notary Public Section

STATE OF __Texas__ §

COUNTY OF __Montgomery__ §

    The foregoing was SUBSCRIBED AND SWORN TO before me on this __1st__ day of __October__, 202__5__, by __Veronica Ramos__.
                                      *[Name of Affiant]*

*[Seal]*

TERESA HAMMACK
Notary Public, State of Texas
Comm. Expires 07-06-2026
Notary ID 13379876-4

_____
*Notary Public*

My commission expires: __07/06/2026__.

---

*If no notary is available and you are <u>within</u> the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                  *[Date]*

_____
                  *[Signature]*

---

*If no notary is available and you are <u>outside</u> the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____.
                  *[Date]*

_____
                  *[Signature]*

**CERTIFIED MAIL**

9589 0710 5270 3204 1372 72

U.S. District Court Clerk
231 W. Lafayette Blvd, Rm. 599
Detroit, MI 48226



**WOODFOREST®**
NATIONAL BANK
P.O. Box 7889    The Woodlands, TX 77387-7889

RECEIVED
OCT 08 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

**WOODFOREST**
NATIONAL BANK
www.woodforest.com • Member FDIC

EN11 Rev 8/19